OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **U**NITED **S**TATES **C**OURT OF **A**PPEALS   TELEPHONE
CLERK                                FOR THE THIRD CIRCUIT                                215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

<u>Delaware</u> Clerk of District Court           Date <u>06/19/07</u>
(District)

<u>In Re: Andre Elliott</u>                       C. of A. No. <u>07-2390</u>
(Caption)

07 mc 127

Andre Elliott
(Petitioner)


Enclosures:

<u>06/19/07</u>  Certified copy of C. of A. Order by the **Court**/Clerk
  (Date)

__Record


____ Released (Record) (Supplemental Record - First - Second - Third)


____Copy of this form to acknowledge receipt and return to C. of A.


____ Record not released at this time until appeal(s) closed at No.(s)

____ Please forward Certified List in Lieu of Record to this office.

____ The certified copy of order issued as the mandate on _____
     is recalled.

<u>Tina Koperna</u>
(267)-299- <u>4930</u>
Case Manager

DLD-260                                                                June 7, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-2390**

IN RE: ANDRE W. ELLIOTT, Petitioner                    07mc127

Present:    BARRY, AMBRO AND FISHER, <u>CIRCUIT JUDGES</u>

Submitted is:

(1)   Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition

in the above-captioned case.

Respectfully,

Clerk

MMW/DPW/tmk

_____ORDER_____

The foregoing application under 28 U.S.C. § 2244 for leave to file a second or successive habeas petition under 28 U.S.C. § 2254 is denied. The factual predicates for Petitioner's claims could have been discovered previously through the exercise of due diligence. <u>See</u> 28 U.S.C. § 2244(b)(2)(B)(i).

By the Court,

/s/ *D. Michael Fisher*
Circuit Judge

Dated: June 19, 2007
tmk/cc: Mr. Andre W. Elliott
          DA New Castle